| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Seibel, Cathy | 2. Court or Organization U.S. District Court --S.D.N.Y. | 3. Date of Report 05/06/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge -- active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Charles L. Brieant U.S. Courthouse 300 Quarropas St., Rm. 275 White Plains, NY 10601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary | Hastings-on-Hudson PTSA |
| 2. board member | Fordham Law Alumni Association |
| 3. Lecturer-in-Law (part-time trial practice instructor) | Columbia University School of Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | $5000 compensation for instructing Trial Practice course at Columbia University School of Law January - April 2010 |
| 2. | |
| 3. | |

Seibel, Cathy

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/06/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | Columbia University -- payment for teaching | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Columbia University: salary as faculty member and physician |
| 2. 01/28/09 | New York Times -- $832 payment for writing |
| 3. 03/03/09 | New York Times -- $1100 payment for writing |
| 4. 03/11/09 | Johns Hopkins University Press -- $517.72 book royalty |
| 5. 04/02/09 | The Lancet -- $400 payment for writing |
| 6. 04/08/09 | University of California, San Francisco -- $300 honorarium for speaking |
| 7. 04/24/09 | Washington Post -- $300 payment for writing |
| 8. 05/26/09 | New York Times -- $786 payment for writing |
| 9. 06/16/09 | New York Times -- $700 payment for writing |
| 10. 06/29/09 | Washington Post -- $300 payment for writing |
| 11. 10/22/09 | New England Journal of Medicine -- $1500 payment for writing |
| 12. 11/01/09 | Washington Post -- $300 payment for writing |
| 13. 12/09/09 | State University of New York -- $500 honorarium for speaking |
| 14. 12/10/09 | Oxford University Press -- $325 payment for manuscript review |
| 15. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/06/2010 |

16. _____

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/06/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Century Vista Fund | A | Dividend | K | T | | | | | |
| 2. Astoria Federal Savings account (CD) | A | Interest | L | T | Open | 07/18/09 | L | | |
| 3. Astoria Federal Savings account (savings) (X) | A | Interest | J | T | | | | | |
| 4. Astoria Federal Savings account (CD) | A | Interest | K | T | Open | 07/18/09 | K | | |
| 5. Astoria Federal Savings account (savings) (X) | A | Interest | J | T | | | | | |
| 6. Astoria Federal Savings account (checking) | A | Interest | J | T | Open | 07/18/09 | J | | |
| 7. AT&T common stock | A | Dividend | J | T | | | | | |
| 8. AT&T common stock | A | Dividend | J | T | | | | | |
| 9. Brandywine Fund | A | Dividend | L | T | | | | | |
| 10. Comcast common stock | A | Dividend | J | T | | | | | |
| 11. Comcast common stock | A | Dividend | J | T | | | | | |
| 12. Dryden Global Total Return Fund | A | Dividend | J | T | | | | | |
| 13. Dreyfus NY Tax-Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 14. Enbridge Energy Partners LP common stock | B | Dividend | K | T | | | | | |
| 15. Fidelity Magellan Fund (IRA) | A | Distribution | K | T | | | | | |
| 16. Fidelity Capital Appreciation Fund (IRA) | A | Distribution | J | T | | | | | |
| 17. Fidelity NY Muni Income Fund | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM common stock | A | Dividend | | | Sold | 06/25/09 | J | D | |
| 19. Janus Fund | A | Dividend | M | T | | | | | |
| 20. John Hancock Patriot Premium Div Fund I common stock | A | Dividend | J | T | | | | | |
| 21. Metropolitan Transportation Authority NY Municipal Bonds | A | Interest | J | T | | | | | |
| 22. Morgan Stanley Active Assets Money Trust | A | Interest | K | T | | | | | |
| 23. NY State 529 College Savings Plan | | None | K | T | | | | | |
| 24. NY State 529 College Savings Plan | | None | K | T | | | | | |
| 25. RS Growth Fund | A | Dividend | K | T | | | | | |
| 26. TIAA/CREF stock fund (retirement annuity) | | None | M | T | | | | | |
| 27. TIAA/CREF global equity fund (retirement annuity) | | None | K | T | | | | | |
| 28. T. Row Price Blue Chip Growth Fund IRA | A | Dividend | J | T | | | | | |
| 29. T. Rowe Price Blue Chip Growth Fund IRA | A | Dividend | J | T | | | | | |
| 30. T. Rowe Price Prime Reserve Fund | A | Dividend | M | T | | | | | |
| 31. T. Rowe Price Prime Reserve Fund | A | Dividend | M | T | | | | | |
| 32. T. Rowe Price Prime Reserve Fund | A | Dividend | M | T | | | | | |
| 33. Vanguard 500 Index Fund (retirement annuity) | C | Dividend | M | T | | | | | |
| 34. Vanguard International Growth Fund (retirement annuity) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Zweig Total Return Fund Inc. | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/06/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/06/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544